Benjamin Levy, appellee, v. John Lussem, appellant.  Gen. No. 31,278.

Action for personal injury from defective steps and floor.  Judgment for plaintiff.  Appeal from the Superior Court of Cook county;

the Hon. Charles A. Williams, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed April 6, 1927.

Harry H. Felgar, for appellant. Morris G. Leonard and Philip Rosenthal, for appellee; Stuart B. Krohn, of counsel.

Mr. Justice Thomson delivered the opinion of the court.